**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JORGE A. COLLAZO,** | Case No.:   5:24-cv-02579-SP |
| Plaintiff's, | |
| v. | **ORDER OF DISMISSAL** |
| **CAVALRY SPV I, LLC; THE MANDARICH LAW GROUP, LLP** | |
| Defendants. | |

    Good causing appearing, the stipulated request of Plaintiff Jorge A. Collazo ("Plaintiff") and Defendants Cavalry SPV I, LLC ("Cavalry"); The Mandarich Law Group. LLP, ("Mandarich"), for dismissal of the case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. Further, Plaintiff and Defendant shall bear their own fees and costs.

    IT IS SO ORDERED.

Dated:  March 21, 2025

                                          HON. SHERI PYM
                                          U.S. MAGISTRATE JUDGE